United States District Court
Southern District of Texas
FILED

FEB 0 5 2002

Michael N. Milby
Clerk of Court

B-02-.024

## FORM FOR MOTIONS UNDER 28 U.S.C. §2255

**RIGOBERTO MORA-OCHOA**
_____
Name

**94310-079**
_____
Prison Number

**REEVES COUNTY DETENTION CENTER, P.O.BOX 1560, PECOS, TX 79772**
_____
Place of Confinement

United States District Court **BROWNSVILLE-DIV.** District of **SOUTHERN DIST. OF TEXAS**

Case No. _____ **(to be supplied by Clerk of Court)**
**CRIMINAL CAUSE NUMBER: 1:00CR00360-001**

v.

**UNITED STATES OF AMERICA**          **RIGOBERTO MORA-OCHOA**
_____
(full name of movant)

   (If movant has a sentence to be served in the _future_ under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1)  This motion must be legibly handwritten or typewritten, signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2)  Additional pages are not permitted except with respect to the _facts_ which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they shoud be submitted in the form of a separate memorandum.

(3)  Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4)  If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type you may request permission to proceed _in forma pauperis_, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed _in forma pauperis_, you must have an authorized officer at the penal institution complete the certificate as to

the amount of money and securities on deposit to your credit in any account
in the institution.

(5) Only judgments entered by one court may be challenged in a single motion.
If you seek to challenge judgments entered by different judges or divisions
either in the same district or in different districts, you must file separ-
ate motions as to each judgment.

(6) Your attention is directed to the fact that you must include all grounds for
relief and all facts supporting such grounds for relief in the motion you file
seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the <u>original</u> <u>and</u> <u>two</u> <u>copies</u> must be
mailed to the Clerk of the United States District Court whose address
is    <u>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS**</u>
     <u>**P.O. BOX 2299, BROWNSVILLE, TX  78520**</u>

(8) Motions which do not conform to these instructions will be returned with a
notation as to the deficiency.


## MOTION

1. Name and location of court which entered the judgment of conviction under
attack      **UNITED STATES DISTRICT COURT, BROWNSVILLE, TEXAS**

2. Date of judgment of conviction   **JANUARY 16, 2001**

3. Length of sentence    **77 MONTHS**    Sentencing Judge  **HON. HILDA G. TAGLE**

4. Nature of offense or offenses for which you were convicted **REENTRY AFTER
DEPORTATION IN VIOLATION OF TITLE 8 U.S.C. § 1326 (a) & (b).**

5. What was your plea?  (Check one)
   (a)  Not guilty  (  )
   (b)  Guilty  (**X** )
   (c)  Nolo contendere  (  )
   If you entered a guilty plea to one count or indictment, and a not guilty
   plea to another count or indictment, give details:
   **NOT APPLICABLE**
   **NOT APPLICABLE**
   **NOT APPLICABLE**
   **NOT APPLICABLE**
   **NOT APPLICABLE**
   **NOT APPLICABLE**
   **NOT APPLICABLE**
   **NOT APPLICABLE**
   **NOT APPLICABLE**
   **NOT APPLICABLE**

2

6.  Kind of trial:  (check one)
    (a)  Jury  (  )    **NOT APPLICABLE**
    (b)  Judge only  **(N/A**

7.  Did you testify at the trial?  Yes  **N/A)**    No **N/A** )  **NOT APPLICABLE**

8.  Did you appeal from the judgment of conviction?  Yes  (  )    No  **(X** )

9.  If you did appeal, answer the following:
    (a)  Name of court _____ **NOT APPLICABLE** _____
    (b)  Result _____ **NOT APPLICABLE** _____
    (c)  Date of result _____ **NOT APPLICABLE** _____

10. Other than a direct appeal from the judgment of conviction and sentence,
    have you previously filed any petitions, applications or motions with respect
    to this judgment in any federal court?  Yes  (  )    No  **(X** )

11. If your answer to 10 was "yes," give the following information:
    (a)  (1)  Name of court _____ **NOT APPLICABLE** _____
         (2)  Nature of proceeding _____ **NOT APPLICABLE** _____

         (3)  Grounds raised _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
         (4)  Did you receive an evidentiary hearing on your petition, appli-
              cation or motion?  Yes  **N/A**    No  **(N/A**
         (5)  Result _____ **NOT APPLICABLE** _____
         (6)  Date of result _____ **NOT APPLICABLE** _____
    (b)  As to any second petition, application or motion give the same
         information:
         (1)  Name of court _____ **NOT APPLICABLE** _____
         (2)  Nature of proceeding _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
         (3)  Grounds raised _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
              _____ **NOT APPLICABLE** _____
         (4)  Did you receive an evidentiary hearing on your petition, appli-
              cation or motion?  Yes  **(N/A**    No  ( **N/A**
         (5)  Result _____ **NOT APPLICABLE** _____
         (6)  Date of result _____ **NOT APPLICABLE** _____
    (c)  As to any third petition, application or motion, give the same
         information:
         (1)  Name of court _____ **NOT APPLICABLE** _____

3

```
(2)  Nature of proceeding _____    NOT APPLICABLE
                                       NOT APPLICABLE
(3)  Grounds raised _____      NOT APPLICABLE
     _____         NOT APPLICABLE
     _____         NOT APPLICABLE
     _____         NOT APPLICABLE
     _____         NOT APPLICABLE
     _____         NOT APPLICABLE
     _____         NOT APPLICABLE
```

(4)  Did you receive an evidentiary hearing on your petition, application or motion?  Yes **(N/A**  No **N/A)**

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes **N/A**    No  (N/A
(2) Second petition, etc.    Yes **N/A**    No  (N/A
(3) Third petition, etc.     Yes **N/A**    No  (N/A

(e) If you did **not** appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
**THIS IS PETITIONER'S FIRST PETITION AND COLLATERAL ATTACK ON HIS FEDERAL SENTENCE.** _____
_____
_____
_____
_____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and facts supporting same.

   CAUTION:  If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, <u>you should raise in this motion all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   If you select one or more of these grounds for relief, you **must** allege facts in support of the ground or grounds which you choose.  Do no check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.
   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

4

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

NOTE:  If Petitioner asserts denial of effective assistance of counsel (ground "i"), he must describe with particularity the factual basis for his claim (e.g., lawyer failed to raise insanity defense), and he must describe the prejudice allegedly suffered as a result of the denial of effective assistance of counsel (e.g., convicted of crime that Petitioner lacked the mental capacity to commit).


A.  Ground one:  **INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL IN VIOLATION OF PETITIONER'S SIXTH AMENDMENT RIGHTS.**

Supporting FACTS (tell your story briefly without citing cases or law):  **TRIAL COUNSEL'S FAILURE TO COLLATERALLY ATTACK PETITIONER'S PREVIOUS DEPORTATION ON THE GROUNDS THAT HIS STATE OF TEXAS CONVICTION UPON WHICH HIS DEPORTATION WAS PREMISED, WAS ENTERED INTO UNKNOWINGLY AND UNINTELLIGENTLY:IN VIOLATION OF HIS SIXTH AMENDMENT RIGHTS TO THE U.S. CONSTITUTION; FOR FAILING TO FILE APPROPRIATE MOTIONS TO DISMISS HIS INDICTMENT BECAUSE, HIS PREVIOUS DEPORTATION FORMING THE BASIS OF HIS CRIMINAL CONVICTION FAILED TO COMPORT WITH DUE PROCESS REQUIREMENT AND THUS, COULD NOT BE USED TO PROSECUTE HIM FOR THE OFFENSE REENTRY IN VIOLATION OF 8 U.S.C. § 1326.**

B.  Ground two:  **NOT APPLICABLE**
**NOT APPLICABLE**

Supporting FACTS (tell your story briefly without citing cases of law):  **NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**
**NOT APPLICABLE**

C.  Ground three: _____   **NOT APPLICABLE**
    _____**NOT APPLICABLE**_____
    Supporting FACTS (tell your story briefly without citing cases or
    law): _____**NOT APPLICABLE**
    _____**NOT APPLICABLE**_____
    _____**NOT APPLICABLE**_____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

D.  Ground four: _____**NOT APPLICABLE**_____

    Supporting FACTS (tell your story briefly without citing cases or
    law): _____**NOT APPLICABLE**
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

13. If any of the grounds listed in 12A, B, C and D were not previously pre-
    sented, state briefly what grounds were not so presented, and give your
    reasons for not presenting them: _____**NOT APPLICABLE**_____
    _____
    _____
    _____
    _____
    _____
    _____

14. Do you have any petition or appeal now pending in any court as to the
    judgment under attack?  Yes ( )   No (X )

6

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing   <u>MR. JOSE VALLE</u>
     <u>1120 EAST 10TH, BROWNSVILLE, TX 78520</u>

   (b) At arraignment and plea <u>   SAME AS ABOVE   </u>
     <u>SAME AS ABOVE</u>

   (c) At trial <u>    SAME AS ABOVE   </u>

   (d) At sentencing <u>   SAME AS ABOVE   </u>

   (e) On appeal <u>    SAME AS ABOVE   </u>

   (f) In any post-conviction proceeding <u>  NOT APPLICABLE  </u>

   (g) On appeal from any adverse ruling in a post-conviction proceeding
     <u>NOT APPLICABLE</u>
     <u>NOT APPLICABLE</u>

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time? Yes ( ) No (X)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ( ) No (X)

   (a) If so, give name and location of court which imposed sentence to be served in the future: <u>  NOT APPLICABLE  </u>
     <u>NOT APPLICABLE</u>

   (b) And give date and length of sentence to be served in the future: <u>   </u>
     <u>NOT APPLICABLE</u>

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes N/A) No ( N/A

    Wherefore, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

Executed at <u>                </u>
                  City, County, State

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on <u>           </u>
                                     (Date)

                                  Signature of Movant