3

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED
APR 0 5 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RIGOBERTO MORA-OCHOA | * |
| | * |
| VS | * C.A. NO. B-02-024 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-00-360) |

**NOTICE OF DISMISSAL
FOR LACK OF PROSECUTION**

On April 4, 2002, the Court reviewed the case file in the above-captioned matter, and it appears that on February 5, 2002, an application to proceed in forma pauperis was mailed to the Petitioner. The Petitioner has failed to response and has not submitted the application to proceed in forma pauperis.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by May 6, 2002.

DONE at Brownsville, Texas, this 4th day of April 2002.

_____
Felix Recio
United States Magistrate Judge