UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| vs. | § | CIVIL ACTION NO. B-02-024 |
| | § | CRIMINAL NO. B-00-360 |
| RIGOBERTO MORA-OCHOA, | § | |
| Petitioner, | § | |

**NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Rigoberto Mora-Ochoa,** petitioner herein acting Pro-Se and submits this his Notice of Appeal and would show this Honorable Court as follow:

Notice of Appeal is hereby given to the Honorable Court of Appeals for the Fifth Circuit, to appeal a final decision from the United States District Court for the Southern District of Texas, Brownsville, Division.

This Notice of Appeal is hereby given pursuant to the Federal Rules of Appellate procedures Rule 4 (a)(1).

ON THIS 10th, DAY, OF THIS MONTH OF JULY OF THIS YEAR 2002.

RESPECTFULLY SUBMITTED
RIGOBERTO MORA-OCHOA
FED.REG.# 94310-079
REEVES COUNTY DTN. CTR.
P.O. BOX 1560
PECOS, TEXAS 79772

M. ROCHELLE YBARRA
Notary Public
STATE OF TEXAS
My Comm Exp. 12/31/2002

7-11-02

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CIVIL ACTION NO. B-02-024 |
| RIGOBERTO MORA-OCHOA | § § | CRIMINAL NO. B-00-360 |

    I, **Rigoberto Mora-Ochoa,** declared that I am the movant in the above entitled case; that in support of my motion to proceed without being required to pre-pay fees, costs, or give security therefore, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefore; that I believe I am entitled to relief.

1. ARE YOU PRESENTLY EMPLOYED? YES ✓ NO ____
2. HAVE YOU RECEIVED WITHIN THE PAST 12 MONTHS ANY MONEY FROM THE FOLLOWING SOURCES?
A) BUSINESS, PROFESSION OR FORM OF SELF-EMPLOYMENT? YES ____ NO ✓
B) RENT PAYMENTS, INTEREST OR DIVIDENS? YES ____ NO ✓
C) PENSIONS, ANNUITIES OR LIFE INSURANCE PAYMENTS? YES ____ NO ✓
D) GIFTS OR INHERITANCES? YES ____ NO ✓

    I Declared (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

DATED ON 7/10/02        RIGOBERTO MORA-OCHOA  /s/ Rigoberto Mora-Ochoa

**CERTIFICATE OF SERVICE**

    I hereby certify that the above movant herein has the sum of $ .98 on account to his credit at **Reeves County Detention Center** Institution where he is confined.

/s/ M. Rochelle Ybarra 7/11/02
AUTHORIZED OFFICER OF INSTITUTION



M. ROCHELLE YBARRA
Notary Public
STATE OF TEXAS
My Comm. Exp. 12/31/2002