United States District Court
Southern District of Texas
FILED

JUL 2 5 2002

Michael N. Milby
Clerk of Court

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES OF AMERICA §
§
vs. § CIVIL ACTION NO. B-02-024
§ CRIMINAL NO. B-00-360
RIGOBERTO MORA-OCHOA §
§

I, **Rigoberto Mora-Ochoa,** declared that I am the movant in the above entitled case; that in support of my motion to proceed without being required to pre-pay fees, costs, or give security therefore, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefore; that I believe I am entitled to relief.

1. ARE YOU PRESENTLY EMPLOYED? YES ✓   NO ____
2. HAVE YOU RECEIVED WITHIN THE PAST 12 MONTHS ANY MONEY FROM THE FOLLOWING SOURCES?
A) BUSINESS, PROFESSION OR FORM OF SELF-EMPLOYMENT? YES ____ NO ✓
B) RENT PAYMENTS, INTEREST OR DIVIDENS? YES ____ NO ✓
C) PENSIONS, ANNUITIES OR LIFE INSURANCE PAYMENTS? YES ____ NO ✓
D) GIFTS OR INHERITANCES? YES ____ NO ✓

I Declared (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

DATED ON 7/10/02    RIGOBERTO MORA-OCHOA  *(signed)*

### CERTIFICATE OF SERVICE

I hereby certify that the above movant herein has the sum of $ .98 on account to his credit at **Reeves County Detention Center** Institution where he is confined.

*(signed) M. Rochelle Ybarra 7/11/02*
AUTHORIZED OFFICER OF INSTITUTION

M ROCHELLE YBARRA
Notary Public
STATE OF TEXAS
My Comm. Exp. 12/31/2002