# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RIGOBERTO MORA-OCHOA<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-02-024<br>CRIMINAL NO. B-00-360 |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

## ORDER

Before the Court are the following motions:

1) Petitioner's "Notice of Appeal" (Doc. #5);

2) Petitioner's "Motion for Modification of Sentence Pursuant to Title 18 U.S.C.A. 3582(c)(2) (Doc. #7); and

3) Petitioner's Motion to Proceed in Forma Pauperis (Docs. #2 & 6).

As a preliminary matter, this Court hereby **WITHDRAWS** its June 10, 2002, Report and Recommendation. The June 10, 2002, Report recommended that Petitioner's case be dismissed without prejudice. Petitioner's "Notice of Appeal" (Doc. #5) is **DENIED** because there is no final order to appeal. Petitioner's "Motion for Modification of Sentence" (Doc. #7) is hereby construed by this court as an amendment to Petitioner's original application for writ of habeas corpus in accordance with 28 U.S.C. § 2255. Petitioner's Motion to Proceed in Forma Pauperis (Docs. #2 & 6) is hereby **GRANTED**. Let the Applicant proceed without the pre-payment of cost of fees or the necessity of giving security therefor.

The Government is hereby **ORDERED** to respond to Petitioner's 28 U.S.C. § 2255 Petition, including the amendment (Doc. #7), on or before October 14, 2002. Said response shall include the transcript of the plea and sentencing record in Petitioner's criminal case.

DONE at Brownsville, Texas, this 13th day of August, 2002.

Felix Recio
United States Magistrate Judge