IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
SEP 04 2002
CHARLES R. FULBRUGE III
CLERK

No. 02-41101
USDC No. B-02-CV-24 (B-00-CR-360)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RIGOBERTO MORA-OCHOA,

Defendant-Appellant.

United States District Court
Southern District of Texas
FILED
SEP 16 2002
Michael N. Milby
Clerk of Court

Appeal from the United States District Court
for the Southern District of Texas

Before REAVLEY, BARKSDALE, and CLEMENT, Circuit Judges.

BY THE COURT:

This court must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). In this 28 U.S.C. § 2255 action, the defendant filed a notice of appeal to this court on July 18, 2002, in which he states that appeal is taken from the "final decision" of the district court. The district court has not enter a final judgment; the magistrate judge entered a memorandum and recommendation. However, the memorandum and recommendation of the magistrate judge is not appealable to this court. See United States v. Cooper, 135 F.3d 960, 961 (5th Cir. 1998) (citing Trufant v. Autocon, Inc., 729 F.2d 308, 309 (5th Cir. 1984)).

APPEAL DISMISSED.

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit

By_____
Deputy
New Orleans, Louisiana    SEP 4 2002